**FILED**
August 5, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
|  | ) | CASE NUMBER: 2:11-cr-00337 LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
|  | ) | OF PERSON IN CUSTODY |
| MELINDA SUE SNYDER, | ) | |
|  | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Melinda Sue Snyder</u>; Case <u>2:11-cr-00337 LKK</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of _____

    <u>X</u>   Unsecured Appearance Bond in the amount of <u>$15,000.00</u>, co-signed by Karen Schwartz

    \_\_   Appearance Bond with 10% Deposit

    \_\_   Appearance Bond secured by Real Property

    \_\_   Corporate Surety Bail Bond

    <u>X</u>   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>8/5/2011</u> at 2:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge