```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   MELINDA SUE SNYDER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11-337 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE TO OCTOBER 18, |
| v. | ) 2011, AT 9:15 A.M. |
| | ) |
| MELINDA SUE SNYDER, | ) Date: September 20, 2011 |
| | ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |
| _____ | ) |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for September 20, 2011, at 9:15 a.m., and reset it on October 18, 2011, at 9:15 a.m.

Counsel for defendant requires further time to review discovery and to confer with the defendant.

The parties further stipulate that the Court should exclude the period from the date of this order through October 18, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the

1  public and the defendant in a speedy trial, and that this is an
2  appropriate exclusion of time for defense preparation within the
3  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
4  Dated: September 9, 2011            Respectfully submitted,
5                                      DANIEL BRODERICK
                                       Federal Defender
6
                                       /s/ M. Petrik
7                                      _____
                                       MICHAEL PETRIK, Jr.
8                                      Assistant Federal Defender
9  Dated: September 9, 2011            BENJAMIN B. WAGNER
                                       United States Attorney
10
                                       /s/ M. Petrik for
11                                     _____
                                       MICHELE BECKWITH
12                                     Assistant U.S. Attorney
13

14                              **ORDER**

15     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
16  this order through the status conference on October 18, 2011, pursuant
17  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The Court
18  also finds that the ends of justice served by granting defendant's
19  request for a continuance outweigh the best interest of the public and
20  the defendant in a speedy trial.
21
22  DATED: September 12, 2011

23                                      _____
                                        LAWRENCE K. KARLTON
24                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
25
26
27
28
                                    2