```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MELINDA SUE SNYDER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11-337 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE TO NOVEMBER 15, |
| v. | ) 2011, AT 9:15 A.M. |
| MELINDA SUE SNYDER, | ) Date: October 18, 2011 ) Time: 9:15 a.m. |
| Defendant. | ) Judge: Lawrence K. Karlton |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for October 18, 2011, at 9:15 a.m., and reset it on November 15, 2011, at 9:15 a.m.

Counsel for defendant requires further time to review discovery and to confer with the defendant.

The parties further stipulate that the Court should exclude the period from the date of this order through November 15, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an

1

1  appropriate exclusion of time for defense preparation within the
2  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
3  Dated: October 12, 2011					Respectfully submitted,

4							DANIEL BRODERICK
							Federal Defender

							/s/ M.Petrik
							_____
							MICHAEL PETRIK, Jr.
							Assistant Federal Defender

8  Dated: October 12, 2011					BENJAMIN B. WAGNER
							United States Attorney

							/s/ M.Petrik for
							_____
							MICHELE BECKWITH
							Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on November 15, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 13, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2