```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MELINDA SUE SNYDER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>              Plaintiff,             )<br>                                      )<br>        v.                            )<br>                                      )<br> MELINDA SUE SNYDER,                   )<br>                                      )<br>              Defendant.             )<br> _____ ) | Case No. 11-337 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO DECEMBER 13, 2011, AT 9:15 A.M.**<br><br>Date:  November 15, 2011<br>Time:  9:15 a.m.<br>Judge: Lawrence K. Karlton |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for November 15, 2011, at 9:15 a.m., and reset it on December 13, 2011, at 9:15 a.m.

Counsel for defendant requires further time to review discovery and to confer with the defendant.

The parties further stipulate that the Court should exclude the period from the date of this order through December 13, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: November 9, 2011                  Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                         /s/ M.Petrik
                                         _____
                                         MICHAEL PETRIK, Jr.
                                         Assistant Federal Defender


Dated: November 9, 2011                  BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ M.Petrik for
                                         _____
                                         MICHELE BECKWITH
                                         Assistant U.S. Attorney


**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on December 13, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: November 9, 2011

                                         _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

2