```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MELINDA SUE SNYDER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MELINDA SUE SNYDER,<br><br>        Defendant. | Case No. 11-337 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO FEBRUARY 14, 2012, AT 9:15 A.M.**<br><br>Date:  December 13, 2011<br>Time:  9:15 a.m.<br>Judge: Lawrence K. Karlton |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for December 13, 2011, at 9:15 a.m., and reset it on February 14, 2012, at 9:15 a.m.

Counsel for defendant requires further time to review discovery and to confer with the defendant.

The parties further stipulate that the Court should exclude the period from the date of this order through February 14, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

1 defendant's request for a continuance outweigh the best interest of the
2 public and the defendant in a speedy trial, and that this is an
3 appropriate exclusion of time for defense preparation within the
4 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

5 Dated: December 8, 2011          Respectfully submitted,

6                                  DANIEL BRODERICK
                                   Federal Defender
7
                                   /s/ M.Petrik
8                                  _____
                                   MICHAEL PETRIK, Jr.
9                                  Assistant Federal Defender

10

11 Dated: December 8, 2011          BENJAMIN B. WAGNER
                                    United States Attorney
12
                                    /s/ M.Petrik for
13                                  _____
                                    MICHELE BECKWITH
14                                  Assistant U.S. Attorney

15

16                                **ORDER**

17      **IT IS SO ORDERED.**  The Court orders time excluded from the date of
18 this order through the status conference on February 14, 2012, pursuant
19 to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).  The Court
20 also finds that the ends of justice served by granting defendant's
21 request for a continuance outweigh the best interest of the public and
22 the defendant in a speedy trial.

23

24 DATED: December 9, 2011

25                                  _____
                                    LAWRENCE K. KARLTON
26                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
27

28
                                      2