DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>       v.                          )<br>                                   )<br> MELINDA SUE SNYDER,                )<br>                                   )<br>            Defendant.             )<br> _____ ) | Case No. 11-337 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 20, 2012, AT 9:15 A.M.**<br><br>Date:  February 14, 2012<br>Time:  9:15 a.m.<br>Judge: Lawrence K. Karlton |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for February 14, 2012, at 9:15 a.m., and reset it on March 20, 2012, at 9:15 a.m.

Counsel for defendant requires further time to review discovery and a proposed plea agreement, and to confer with the defendant.

The parties further stipulate that the Court should exclude the period from the date of this order through March 20, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an

1

1  appropriate exclusion of time for defense preparation within the
2  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).
3  Dated: February 10, 2012            Respectfully submitted,
4                                      DANIEL BRODERICK
                                       Federal Defender
5
                                       /s/ M.Petrik
6                                      _____
                                       MICHAEL PETRIK, Jr.
7                                      Assistant Federal Defender
8
9  Dated: February 10, 2012            BENJAMIN B. WAGNER
                                       United States Attorney
10
                                       /s/ M.Petrik for
11                                     _____
                                       MICHELE BECKWITH
12                                     Assistant U.S. Attorney
13
14                                **ORDER**
15     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
16 this order through the status conference on March 20, 2012, pursuant to
17 18 U.S.C. § 3161(h)(7) (Local Code T4).  The Court also finds that the
18 ends of justice served by granting defendant's request for a
19 continuance outweigh the best interest of the public and the defendant
20 in a speedy trial.
21
22 DATED: February 13, 2012
23
24                                     _____
                                       LAWRENCE K. KARLTON
25                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT
26
27
28
                                       2