```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    MELINDA SUE SNYDER
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR. S-11-337 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 17, 2012, AT 9:15 A.M.** |
| v. | ) | |
| | ) | |
| MELINDA SUE SNYDER, | ) | Date:  March 20, 2012 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Lawrence K. Karlton |
| _____ | ) | |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for March 20, 2012, at 9:15 a.m., and reset it on April 17, 2012, at 9:15 a.m.

Counsel for defendant requires further time to review discovery and a proposed plea agreement, and to confer with the defendant.

The parties further stipulate that the Court should exclude the period from the date of this order through April 17, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the

1

1  public and the defendant in a speedy trial, and that this is an
2  appropriate exclusion of time for defense preparation within the
3  meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

4  Dated: March 16, 2012                Respectfully submitted,

5                                       DANIEL BRODERICK
                                        Federal Defender
6
                                        /s/ M.Petrik
7                                       _____
                                        MICHAEL PETRIK, Jr.
8                                       Assistant Federal Defender

9

10 Dated: March 16, 2012                BENJAMIN B. WAGNER
                                        United States Attorney
11
                                        /s/ M.Petrik for
12                                      _____
                                        MICHELE BECKWITH
13                                      Assistant U.S. Attorney

14

15                                **ORDER**

16      **IT IS SO ORDERED.** The Court orders time excluded from the date of
17 this order through the status conference on April 17, 2012, pursuant to
18 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the
19 ends of justice served by granting defendant's request for a
20 continuance outweigh the best interest of the public and the defendant
21 in a speedy trial.

22

23 DATED: March 19, 2012                _____
                                        LAWRENCE K. KARLTON
24                                      SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT
25

26

27

28
                                    2